April 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER NORMAN, Appellant

NO. 14-12-00995-CV                    V.

CHRISTOPHER HENKEL AND LISA HENKEL, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Christopher Henkel and Lisa Henkel, signed July 31, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Christopher Norman, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.